**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| GERALDINE MARINI, : | |
| : | |
| Plaintiff, : | |
| : | CIVIL ACTION |
| v. : | |
| : | NO. 25-587 |
| SAINT JOSEPH'S UNIVERSITY, : | |
| : | |
| Defendant. : | |

## STIPULATION FOR DISMISSAL UNDER FRCP 41(a)(1)(A)(ii)

**AND NOW** come Plaintiff Geraldine Marini, and Defendant Saint Joseph's University, and, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), hereby stipulate that all claims against Defendant are dismissed with prejudice. Each party shall bear their own costs.

This matter is hereby terminated.


Dated:  June 20, 2025                     Respectfully submitted,

/s/ *David M. Koller*                     /s/ *Brett M. Waldron*
David M. Koller, Esquire                  Brett M. Waldron, Esquire (PA ID 316773)
Koller Law LLC                            Montgomery McCracken Walker & Rhoads LLP
2043 Locust St., Suite 1B                 1735 Market Street, 20th Floor
Philadelphia, PA 19103                    Philadelphia, PA 19103
T:  215-545-8917                          T:  215-772-1500
davidk@kollerlawfirm.com                  bwaldron@mmwr.com


*Attorney for Plaintiff*                  *Attorney for Defendant*