IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| GERALDINE MARINI, | : |
| Plaintiff, | : |
| | : CIVIL ACTION |
| v. | : |
| | : NO. 25-587 |
| SAINT JOSEPH'S UNIVERSITY, | : |
| Defendant. | : |

### STIPULATION FOR DISMISSAL UNDER FRCP 41(a)(1)(A)(ii)

**AND NOW** come Plaintiff Geraldine Marini, and Defendant Saint Joseph's University, and, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), hereby stipulate that all claims against Defendant are dismissed with prejudice. Each party shall bear their own costs.

This matter is hereby terminated.

Dated: June 20, 2025

Respectfully submitted,

/s/ *David M. Koller*
David M. Koller, Esquire
Koller Law LLC
2043 Locust St., Suite 1B
Philadelphia, PA 19103
T: 215-545-8917
davidk@kollerlawfirm.com

/s/ *Brett M. Waldron*
Brett M. Waldron, Esquire (PA ID 316773)
Montgomery McCracken Walker & Rhoads LLP
1735 Market Street, 20th Floor
Philadelphia, PA 19103
T: 215-772-1500
bwaldron@mmwr.com

*Attorney for Plaintiff*

*Attorney for Defendant*

Gail Weilheimer J.